# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIN KOSINSKI, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>DOLIUM; DISPACK-PROJECTS NV; QUANDRANT CMS; NORTHWEST PIONEER, INC.; PIONEER NORTHWEST; PIONEERING PACKAGING; MATTHEW PANUCCI; ALBERT WAUTERS; and DOES 1-200, Inclusive,<br><br>Defendants.<br><br>———————————————<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 8:23−cv−01506 JVS (JDEx)<br>Judge: James V. Selna<br>Magistrate Judge: John D. Early<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION [85]**<br><br>**Complaint served: May 26, 2023**<br>**Notice of Removal filed: August 14, 2023** |

1

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER THEREON**

## ORDER

Pursuant to the above Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the instant action and all related cross-complaints are dismissed with prejudice with each party to bear his and/or its own costs and fees.


Dated: April 16, 2026

_____
DISTRICT COURT JUDGE

---

2

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER THEREON**

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Leonard M. Tavera, do attest that all signatures listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: April 1, 2026                    By: /s/ Leonard M. Tavera

Leonard M. Tavera, Esq.

3

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER THEREON**

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026 a copy of the foregoing STIPULATION FOR DISMISSAL OF ENTIRE ACTION; AND [PROPOSED] ORDER THEREON was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: /s/ Desiree Alday

Desiree Alday

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER THEREON**